

# United States District Court
# Eastern District of California

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br>Plaintiff(s)<br><br>V.<br><br>MARCELO FIORANELLI, JAY WORLEY, and JAVONY SPARKS; and DOES 1-25, inclusive,<br>Defendant(s) | Case Number: 25-cv-02023-SCR<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Michael Witsch__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendants MARCELO FIORANELLI, JAY WORLEY, and JAVONY SPARKS.

On __10/22/2012__ (date), I was admitted to practice and presently in good standing in the __bar of the Commonwealth of Pennsylvania__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Central Valley Eden Environmental Defenders LLC v. Airgas USA, LLC dba Airgas NCN
Case Number: 2:24-cv-03547-AC; dated January 10, 2025. Granted.

Date: 08/07/2025                    Signature of Applicant: /s/ Michael Witsch

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Witsch |
| Law Firm Name: | ARMSTRONG TEASDALE LLP |
| Address: | 2005 Market Street, 29th Floor |
| City: | Philadelphia       State: PA       Zip: 19103 |
| Phone Number w/Area Code: | (267) 780-2000 |
| City and State of Residence: | |
| Primary E-mail Address: | mwitsch@atllp.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Anna S. McLean |
| Law Firm Name: | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| Address: | Four Embarcadero Center, FL 17 |
| City: | San Francisco       State: CA       Zip: 94111 |
| Phone Number w/Area Code: | (415) 434-9100       Bar # 142233 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 8, 2025

*/s/ Sean C. Riordan*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael Christopher Witsch, Esq.*

DATE OF ADMISSION

*October 22, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 10, 2025

*Darian Holland*
Darian Holland
Chief Clerk